RECEIVED
AUG 28 2007
LARRY W. PROPES, CLERK
FLORENCE, SC

IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

UNITED STATES OF AMERICA ) CRIMINAL NO.: 4:07cR01045
)
vs. )
) **ORDER FOR BENCH WARRANT**
**JOSE SERRANO** )

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant as requested by the United States Attorney. Amount and conditions of bond to be set by the Judicial Officer before whom the defendant initially appears.

UNITED STATES MAGISTRATE JUDGE

Florence, South Carolina

DATED: August 28, 2007.

I SO MOVE:

REGINALD I. LLOYD
UNITED STATES ATTORNEY

By:
A. BRADLEY PARHAM
Assistant U.S. Attorney
P. O. Box 1567
Florence, SC 29503