OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

RECEIVED
FLORENCE, SC
2007 DEC -3 P 1:57

Clerk of Court
U.S. District Court of S.C.
Florence Division
401 West Evans Street
Florence, SC 29501

November 16th, 2007

Dear Clerk:

Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

Ronald Golden
Deputy Clerk

/rpg
enclosure

I hereby acknowledge receipt of the record in the above referenced case on ____________________.
(date)

____________________
Signature

____________________
Title

CLOSED

RECEIVED
...RENCE, SC
2007 DEC -3 P 1:57

**U.S. District Court**
**District of Delaware (Wilmington)**
**CRIMINAL DOCKET FOR CASE #: 1:07-mj-00230-UNA All Defendants**
**Internal Use Only**

Case title: USA v. Serrano

Date Filed: 11/16/2007
Date Terminated: 11/19/2007

---

Assigned to: Unassigned Judge

**Defendant**

**Jose Serrano** (1)
*TERMINATED: 11/19/2007*

represented by **Edson A. Bostic**
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801
302-573-6010
Email: ecf_de@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts** — **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts** — **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** — **Disposition**

None

---

**Plaintiff**

**USA**

represented by **Douglas Edward McCann**
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Fax: (302) 573-6220
Email: douglas.mccann@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/16/2007 | 1 | Copy of charging pleadings ( Indictment ) received from South Carolina as to Jose Serrano. (rpg) Additional attachment(s) added on 11/19/2007 (rpg, ). (Entered: 11/19/2007) |
| 11/16/2007 | | Minute Entry for proceedings held before Judge Leonard P. Stark : Initial Appearance as to Jose Serrano held on 11/16/2007; Deft. was present with counsel ( Tony Ortiz, Esq., from the FPD's office was appointed ); Govt. filed a Motion for Detention; Deft. did not contest detention at this time; Govt.'s Motion for Detention; GRANTED; Deft. ordered detained pending trial; Deft. executed a Waiver of an Identity Hearing; Deft. commited to District of South Carolina. (rpg) (Entered: 11/19/2007) |
| 11/16/2007 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jose Serrano. Appointment of Edson A. Bostic, Esq., for Jose Serrano. Signed by Judge Leonard P. Stark on 11/16/07. (rpg) (Entered: 11/19/2007) |
| 11/16/2007 | 3 | MOTION to Detain Pending Trial by USA as to Jose Serrano. (rpg) (Entered: 11/19/2007) |
| 11/16/2007 | 4 | WAIVER of Rule 5(c)(3) Hearings by Jose Serrano. (rpg) (Entered: 11/19/2007) |
| 11/16/2007 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Jose Serrano. Defendant committed to District of South Carolina. Signed by Judge Leonard P. Stark on 11/16/07. (rpg) (Entered: 11/19/2007) |
| 11/16/2007 | | EXIT RECORD to District of South Carolina. (rpg) (Entered: 11/29/2007) |
| 11/19/2007 | | NOTE: The original pdf associated with d.i. #1 has been removed & replaced with a document that does not violate the court's privacy policy. (rpg) (Entered: 11/19/2007) |
| 11/19/2007 | | (Court only) *** Case Terminated (rpg) (Entered: 11/29/2007) |

CERTIFIED: 11/19/07
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY [signature]
Deputy Clerk

2

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>Jose Serrano<br>Defendant. | CASE NO. 07-230-M |

**O R D E R**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 16th day of , **2007**, ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**

cc: Federal Public Defender
First Federal Plaza, Suite# 110
704 King Street
Wilmington, DE 19801
(302) 573-6010

Defendant
United States Attorney

FILED
NOV 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Gov. Ast. win Date Filed on 11/16/07 (RPG)

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ORIGINAL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE SERRANO,<br>Defendant. | : | Cr. A. No. 07-230-M |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

FILED
NOV 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

____ Crime of violence (18 U.S.C. § 3156)

_X_ Maximum sentence life imprisonment or death

_X_ 10+ year drug offense

____ Felony, with two prior convictions in above categories

____ Minor victim

____ Possession/ use of firearm, destructive device or other dangerous weapon

____ Failure to register under 18 U.S.C. § 2250

_X_ Serious risk defendant will flee

____ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

__x__ Defendant's appearance as required

__x__ Safety of any other person and the community

3. **Rebuttable Presumption**. The United States **will**/will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because **(check one or both)**:

__X__ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (____________________) with minor victim

_____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

_____ At first appearance

__X__ After continuance of _3__ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of ______days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

_____ 1. At the time the offense was committed the defendant was:

_____ (a) on release pending trial for a felony;

_____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

_____ (c) on probation or parole for an offense.

_____ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

_____ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

____________________________________________

____________________________________________

DATED this 16th day of November, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: ____________________________
Douglas E. McCann
Assistant United States Attorney

(4)

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

_______________ DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

V.

Jose Serrano,
Defendant

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER: 07-230-M

CHARGING DISTRICTS CASE NUMBER: 07-145

I understand that charges are pending in the _______________ District of South Carolina alleging violation of 21 U.S.C. 841(a)(1) + 841(b)(1)(A) (Title and Section) and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(X) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

*Defendant* [signature]

11/16/07
*Date*

*Defense Counsel* [signature]

FILED
NOV 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO 94 (Rev. 8/85) Commitment to Another District

5

# United States District Court

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA
V.
Jose Serrano,

## COMMITMENT TO ANOTHER DISTRICT

CASE NUMBER: 07-230-M

The defendant is charged with a violation of 21 U.S.C. 841(a)(1)(b)(1)(A) alleged to have been committed in the ______ District of South Carolina.

Brief Description of Charge(s):

Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine.

FILED
NOV 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

November 16, 2007
Date

[signature]
Judicial Officer

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |