IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 4:07CR01045-02 |
| vs. | ) | **ORDER** |
| JOSE SERRANO | ) | |

Pursuant to the Criminal Justice Act, Title 18, United States Code, Section 3006A, and the Plan of this District approved thereunder on April 21, 1971, by the Judicial Council of the Fourth Circuit,

IT IS ORDERED that the Federal Public Defender is appointed to represent the above-named defendant.

IT IS SO ORDERED.

HONORABLE ROBERT L. BUCHANAN, JR.
UNITED STATES MAGISTRATE JUDGE

DECEMBER 12, 2007

FLORENCE, South Carolina