**UNITED STATES DISTRICT COURT**

**DISTRICT OF SOUTH CAROLINA**

**FLORENCE DIVISION**

UNITED STATES OF AMERICA

vs. CASE NO. 4:07CR01045-02

JOSE SERRANO

**PLEA**

The Defendant, JOSE SERRANO, acknowledges receipt of a copy of the INDICTMENT and after arraignment pleads not guilty in open court.

(Signed) Defendant

FLORENCE, South Carolina

DECEMBER 12, 2007